IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Leon, Albert

Printed: 4/8/08

Case Number: 07 B 11002
Judge: Wedoff, Eugene R
Filed: 6/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: September 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,421.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,344.27 |
| Trustee Fee: |  | 76.73 |
| Other Funds: |  | 0.00 |
| Totals: | 1,421.00 | 1,421.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,344.27 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 48,848.64 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 900.71 | 0.00 |
| 5. | Cavalry Portfolio/Collection | Unsecured | 596.82 | 0.00 |
| 6. | Harrah's | Unsecured | | No Claim Filed |
| 7. | Collection Company Of America | Unsecured | | No Claim Filed |
| 8. | Standard Bank & Trust Co | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | Wow Internet | Unsecured | | No Claim Filed |
| 11. | Beneficial National Bank | Unsecured | | No Claim Filed |
| 12. | TCF Bank | Unsecured | | No Claim Filed |
| 13. | MCI | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | United Student Aid Group Guarantee Serv | Unsecured | | No Claim Filed |
| 16. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 17. | Payday Loan | Unsecured | | No Claim Filed |
| 18. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 19. | Standard Federal Savings Bank | Unsecured | | No Claim Filed |
| 20. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 21. | Chicago Family Health Center | Unsecured | | No Claim Filed |
| 22. | Charter One Bank | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
|   |   |   | $ 53,346.17 | $ 1,344.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Leon, Albert

Printed:  4/8/08

Case Number:  07 B 11002
Judge:  Wedoff, Eugene R
Filed:  6/20/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 76.73 |
| | _____ |
| | $ 76.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

